FILED
2014 MAY -8 PM 4: 42
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TEXAS COUNTY AND DISTRICT RETIREMENT SYSTEM, <br><br> Plaintiff, <br><br> v. <br><br> J.P. MORGAN SECURITIES LLC (f/k/a J.P. MORGAN SECURITIES, INC., and as successor-in-interest to BEAR, STEARNS & CO., INC.), CITIGROUP GLOBAL MARKETS INC., COUNTRYWIDE SECURITIES CORPORATION, CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC), DEUTSCHE BANK SECURITIES INC., GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INC. (and as successor-in-interest to BANC OF AMERICA SECURITIES LLC), MORGAN STANLEY & CO. LLC, RBS SECURITIESINC. (f/k/a GREENWICH CAPITAL MARKETS INC.), UBS SECURITIES LLC, and WAMU CAPITAL CORP., <br><br> Defendants. | Civil Action No. 14-00380 |

## ORDER

BE IT REMEMBERED on this the 8th day of May, 2014, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Alex J. Kaplan ("Applicant"), counsel for J.P. Morgan Securities LLC and WaMu Capital Corp. and the Court, having reviewed the motion, enters the following Order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of J.P. Morgan Securities LLC and WaMu Capital Corp. in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(1) immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the 8th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE