```
Court Name: TEXAS WESTERN
Division: 1
Receipt Number: 100021230
Cashier ID: dmassie
Transaction Date: 06/09/2014
Payer Name: ALLEN OVERY LLP
-----------------------------------
PRO HAC VICE
 For: ANDREW RHYS DAVIES
 Case/Party: D-TXW-5-08-LB-000000-001
 Amount:          $100.00
-----------------------------------
PAPER CHECK
 Amt Tendered:   $100.00
-----------------------------------
Total Due:       $100.00
Total Tendered:  $100.00
Change Amt:      $0.00

1:14-CV-380 SS

TEXAS COUNTY AND DISTRICT
RETIREMENT SYSTEM V. J.P. MORGAN
SECURITIES LLC. ET AL.
```